# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CANADIAN SOLAR INTERNATIONAL LIMITED ET AL., )<br>)<br>Plaintiffs and Consolidated Plaintiffs, )<br>)<br>and )<br>)<br>SHANGHAI BYD CO., LTD. ET AL., )<br>)<br>Plaintiff-Intervenors and )<br>Consolidated Plaintiff-Intervenors, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant, )<br>)<br>and )<br>)<br>SOLARWORLD AMERICAS, INC. ET AL., )<br>)<br>Defendant-Intervenor and )<br>Consolidated Defendant-Intervenors. )<br>)| Before: Honorable Claire R. Kelly, Judge<br><br>Consol. Court No. 17-00173 |

## LETTER IN LIEU OF COMMENT ON REMAND RESULTS

Changzhou Trina Solar Energy Co., Ltd.; Trina Solar (Changzhou) Science & Technology Co., Ltd.; Yancheng Trina Solar Energy Technology Co., Ltd.; Changzhou Trina Solar Yabang Energy Co., Ltd.; Turpan Trina Solar Energy Co., Ltd.; Hubei Trina Solar Energy Co., Ltd.; and Trina Solar (U.S.) Inc., (collectively "Trina"), Consolidated Plaintiffs in the above-captioned action, submit the following comments on the U.S. Department of Commerce's ("Commerce") January 13, 2021 final results of remand redetermination. *See Final Results of*

*Redetermination Pursuant to Court Remand*, *Canadian Solar International Limited, et al. v. United States*, Consol. Court No. 17-00173 (CIT September 14, 2020), ECF No. 180, Jan. 13, 2021 ("*Remand Results*"). Commerce's *Remand Results* were filed in response to the order of the U.S. Court of International Trade, *see* Order, ECF No. 171, Sept. 14, 2020 ("*CIT Remand Order*"). Trina's comment is limited to acknowledge that Commerce's *Remand Results* are not relevant to Trina because Commerce already determined that Trina's antidumping rate was zero. On July 1, 2020, Commerce published amended final results for AR3, in which it calculated a zero percent dumping margin for Trina. *See Remand Results*, at 3, *citing*, *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled into Modules, from the People's Republic of China: Notice of Court Decision Not in Harmony with Final Results of Antidumping Duty Administrative Review and Notice of Amended Final Results*, 85 FR 39520 (July 1, 2020).

.

                                                  Respectfully submitted,

                                                  /s/ Jonathan M. Freed
                                                  Robert G. Gosselink
                                                  Jonathan M. Freed

                                                  **TRADE PACIFIC PLLC**
                                                  700 Pennsylvania, Ave, SE, Ste. 500
                                                  Washington, DC  20003
                                                  jfreed@tradepacificlaw.com
                                                  Tel: (202) 223-3760

February 24, 2021                              Counsel for Trina